## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAMIE ROBERTS,** | ) | |
| **a/k/a Ramie Renee Marston,** | ) | |
| **# 04351-049,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 22-0356-CG-B** |
| | ) | |
| **MARK ALEXANDER ROBERTS,** | ) | |
| **a/k/a Mark Robert Kropcynzski,** | ) | |
| **a/k/a Mark Krop, et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge entered on June 14, 2023 (Doc. 15)  made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 17th day of July, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE