# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RAMIE ROBERTS,<br>a/k/a Ramie Renee Marston,<br># 04351-049,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK ALEXANDER ROBERTS,<br>a/k/a Mark Robert Kropcynzski,<br>a/k/a Mark Krop, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 22-0356-CG-B<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this matter is **DISMISSED** without prejudice for failure to comply with the court's order and to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 17th day of July, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE